# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**UNITED STATES OF AMERICA**

**v.**                              **4:10CR00240(1-2)-WRW**

**BARRY MICHAEL EASLEY**
**MARIE DIANE DOUGLAS**

## ORDER

Pending is Defendants' Joint Motion to Change Venue (Doc. No. 33). The Government has responded.[1] A telephone conference was held at 10:00 a.m. on December 22, 2010. I find that venue should be changed to the Eastern Division in Helena, Arkansas and the Motion is GRANTED.  A date for trial will be determined later.

IT IS SO ORDERED this 22nd day of December, 2010.


                                            /s/Wm. R. Wilson, Jr.
                                            UNITED STATES DISTRICT JUDGE

---

[1] Doc. No. 35.

1